*The probate of the paper propounded as the Will of*
AMELIA LEVY.

A PERSON named in a will as the executor, and who is also a subscribing
witness, may be examined as a witness on the probate.

THE SURROGATE. The question is raised, whether a
person, named as the executor in the will, can be examined
on its probate, where he is also a subscribing witness.

There can be no doubt that he can be a witness. But
in such a case, the Surrogate will look very carefully into
the will, and into the circumstances attending its execu-
tion, since the fact of the same person's being both execu-
tor and witness is suspicious in itself. The will in this
case is admitted to probate because no undue influence
appears.